JOHN W. BERRY (Cal Bar No. 295760)
Email: berryj@sec.gov
ROBERTO A. TERCERO (Cal. Bar No. 143760)
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　　vs.<br><br>CHERUBIM INTERESTS, INC., PDX PARTNERS, INC., VICTURA CONSTRUCTION GROUP, INC. and PATRICK JEVON JOHNSON,<br><br>　　　　Respondents. | Case No. 2:18-mc-00175 SJO (ASx)<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED |

| | |
|---|---|
| 1 | The Applicant, the Securities and Exchange Commission ("SEC"), having filed |
| 2 | an Application for an Order to Show Cause and an Application for Order Compelling |
| 3 | Compliance with Investigative Subpoenas against Respondents Cherubim Interests, |
| 4 | Inc., PDX Partners, Inc., Victura Construction, Inc., and Patrick Jevon Johnson, the |
| 5 | Court having considered the Application and documents filed in support thereof, and |
| 6 | good cause having been shown, the Court being fully advised in the matter, and there |
| 7 | being no just cause for delay: |
| 8 | IT IS HEREBY ORDERED that the SEC's Application for an Order to Show |
| 9 | Cause Why an Order Compelling Compliance with Investigative Subpoenas should |
| 10 | not be issued is GRANTED. |
| 11 | IT IS HEREBY ORDERED that on **March 14, 2019, at 10:00 a.m**, or as soon |
| 12 | thereafter as the parties can be heard, each of the Respondents shall appear before the |
| 13 | Honorable Alka Sagar, United States District Court, in Courtroom 540, located at 255 |
| 14 | E. Temple Street, Los Angeles, California, to show cause, if there be any, why an |
| 15 | Order Compelling Compliance with Investigative Subpoenas should not be granted in |
| 16 | accordance with the Application filed by the SEC herein. |
| 17 | IT IS FURTHER ORDERED that any papers in opposition to the issuance of |
| 18 | said Order shall be filed by the Respondents with this Court and served on the SEC's |
| 19 | Los Angeles Regional Office at 444 S. Flower Street, 9th Floor, Los Angeles, |
| 20 | California 90071, such that they arrive no later than 5:00 p.m. (Pacific Time), on |
| 21 | **February 25, 2019**. |
| 22 | IT IS FURTHER ORDERED that any reply papers in support of the issuance |
| 23 | of said Order Compelling Compliance shall be filed by the SEC with this Court and |
| 24 | served on the Respondents such that they arrive no later than 5:00 p.m. (Pacific |
| 25 | Time), on **March 4, 2019.** |
| 26 | |
| 27 | |
| 28 | |

IT IS FURTHER ORDERED that service of this Order to Show Cause, and any papers in opposition to the issuance of said Order, or any reply papers, may be accomplished by electronic mail, facsimile, United Parcel Service or personal service.

Dated: January 30, 2019

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE