UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 18-00175 SJO (ASx): | Date | November 21, 2019 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Cherubim Interests, Inc. et al | | |

Present: The Honorable    S. James Otero, Judge presiding

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         **IN CHAMBERS**

Having been advised by SEC counsel that this matter has been resolved, the Court Orders this matter closed.

JS-6

                                                          : 
                          Initials of Preparer      vpc